UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:25-cv-06126-JGB-(SK)                          Date: May 21, 2026
Title      Edward Deal v. B. Birkholz

Present:  The Honorable:  Steve Kim, United States Magistrate Judge

|  Connie Chung  |  n/a  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
|---|---|
| None present | None present |

**Proceedings:**     (IN CHAMBERS) **ORDER REQUIRING PETITIONER TO SHOW CAUSE WHY PETITION SHOULD NOT BE DISMISSED AS MOOT**

According to the Bureau of Prison's publicly available Inmate Locator, Petitioner Edward Deal (Register No. 84997-510) is no longer in BOP custody as of April 17, 2026. *See United States v. Basher*, 629 F.3d 1161, 1165 n.2 (9th Cir. 2011) (court may take judicial notice of records returned from BOP inmate locator).  As a result, Petitioner is reminded that by failing to keep the Court timely apprised of his address of record, Petitioner subjects his petition to summary dismissal "with or without prejudice for failure to prosecute." L.R. 41-6.

Given those records, Petitioner is ORDERED TO SHOW CAUSE in writing by no later than **June 11, 2026** why his petition under 28 U.S.C. § 2241 should not be dismissed as moot or for failure to prosecute.  To discharge this order, he need only sign, date, and return the attached Form CV-09y within 21 days of this order.  If petitioner does not voluntarily dismiss his petition or otherwise timely respond to this order, he will be deemed to have consented to the immediate dismissal or administrative closure of this action.  *See* L.R. 7-12, 41-1, 41-6.

IT IS SO ORDERED.